BRYAN SCHRODER
United States Attorney

CAROLE A. HOLLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: carole.holley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00016-SLG-MMS |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>:<br>) CONSPIRACY TO POSSESS AND |
| vs. | ) SELL STOLEN FIREARMS<br>)   Vio. of 18 U.S.C. § 371 |
| CLAY MILLHOUSE, a/k/a "Bear," and SHAD RIDER-SORDEN, a/k/a "Shadow," | )<br>) <u>COUNTS 2-3</u>:<br>) FELON IN POSSESSION OF A<br>) FIREARM |
| Defendants. | )   Vio. of 18 U.S.C. § 922(g)(1) and<br>) 924(a)(2)<br>)<br>) <u>COUNTS 4-5</u>:<br>) POSSESSION OR SALE OF A<br>) STOLEN FIREARM<br>)   Vio. of 18 U.S.C. § 922(j) and<br>) 924(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Beginning on or about a date unknown to the Grand Jury, but not later than September 5, 2019, and continuing through on or about December 31, 2019, within the District of Alaska, the defendants, CLAY MILLHOUSE, a/k/a "Bear," and SHAD RIDER-SORDEN, a/k/a "Shadow," did knowingly and intentionally conspire with one another, and others known and unknown to the Grand Jury, to possess, receive, store, barter, sell and dispose of stolen firearms that had been previously been shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to believe that the firearms were stolen.

All of which is in violation of 18 U.S.C. § 922(j).

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the defendants, together with other persons known and unknown to the Grand Jury, performed and caused to be performed certain overt acts in the District of Alaska and elsewhere, including, but not limited to, the following:

1. On or about September 20, 2019, CLAY MILLHOUSE and SHAD RIDER-SORDEN, along with another man, pulled into the driveway of a residence located in Anchorage, Alaska in a blue/black 2002 Chevrolet Silverado pickup truck, Alaska license plate number JKE740, with "Locally Hated" on the back window.

2. On or about September 20, 2019, CLAY MILLHOUSE and SHAD RIDER-SORDEN, entered into a residence unlawfully and exited carrying a large gun safe, which included approximately 12 weapons, including a Remington model 870 express magnum,

.12 gauge pump action shotgun; a German Mauser, Model 98, 8mm (approximately) rifle bolt action; and a Marlin, model 81-DL, .22 caliber bolt action rifle.

3. On or about November 25, 2019, CLAY MILLHOUSE and SHAD RIDER-SORDEN sold firearms to another person, including a Remington model 870 express magnum, .12 gauge pump action shotgun; a German Mauser, Model 98, 8mm (approximately) rifle bolt action; and a Marlin, model 81-DL, .22 caliber bolt action rifle.

4. On or about November 25, 2019, CLAY MILLHOUSE and SHAD RIDER-SORDEN cautioned the firearms buyer to be cautious about re-selling the firearms in state.

All of which is in violation of 18 U.S.C. § 371.

## COUNT 2

On or about November 25, 2019, within the District of Alaska, the defendant, CLAY MILLHOUSE a/k/a "Bear," knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in an affecting interstate and foreign commerce, the following firearms:

1. German Mauser, Model 98, 8mm (approximately) rifle bolt action;
2. Marlin, model 81-DL, .22 caliber bolt action rifle;
3. Remington model 870 express magnum, .12 gauge pump action shotgun;
4. Henry, model H001, .22 caliber lever action rifle;
5. Remington, model 700, .222 caliber bolt action rifle;
6. Winchester, model 70 FW, .243 caliber bolt action rifle; and

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT 3

On or about December 30, 2019, within the District of Alaska, the defendant, CLAY MILLHOUSE, a/k/a "Bear," knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit: a Taurus, model Raging Bull, .454 caliber revolver.

Prior Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| December 08, 2017 | Sexual Abuse of a Minor 2- Contact, Victim Under 13 | State of Alaska | 3AN-14-03387CR |
| November 9, 2015 | Theft in the Second Degree | State of Alaska | 3AN-13-11898CR |
| October 11, 2010 | Theft in the Second Degree | State of Alaska | 3AN-10-7601CR |
| December 24, 2008 | Theft in the Second Degree | State of Alaska | 3AN-S06-9581CR |
| September 12, 2005 | Robbery in the Second Degree | State of Alaska | 3AN-S04-2534CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT 4

On or about November 25, 2019, within the District of Alaska, the defendants, CLAY MILLHOUSE, a/k/a "Bear," and SHAD RIDER-SORDEN, a/k/a "Shadow," knowingly received, possessed, concealed, stored, bartered, sold, and disposed of stolen firearms, to wit: a German Mauser, Model 98, 8mm (approximately) bolt action rifle; a Marlin, model 81-DL, .22 caliber bolt action rifle; and a Winchester, model 70 FW, .243

caliber bolt action rifle; which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe said firearms were stolen.

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## COUNT 5

On or about December 5, 2019, within the District of Alaska, the defendant, SHAD RIDER-SORDEN, a/k/a "Shadow," knowingly received, possessed, concealed, stored, bartered, sold, and disposed of stolen firearms, to wit: one Winchester, model 70 classic super grade, .300WM caliber bolt action rifle with a Leopold scope, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe said firearms were stolen.

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carole A. Holley
CAROLE A. HOLLEY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: February 20, 2020